MILLENNIUM PARTNERS, L.P., Appellant, v SELECT INSURANCE COMPANY, Respondent, et al., Defendant.

Decided May 4, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS STEINKE, Appellant.

Submitted February 22, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the order of the Appellate Term (see CPLR 5602 [a]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLIFFORD GRAHAM, Appellant, v KEVIN E. WALSH, Sheriff, County of Onondaga, Respondent.

Submitted March 15, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (see NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.